DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTOPHER D. FREEMAN,**
Appellant,

v.

**OMEGA CONDOMINIUM NO. 10, INC.,**
Appellee.

No. 4D19-3273

[May 28, 2020]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Martin J. Bidwill, Judge; L.T. Case No. CACE 15-012367 (5).

Christopher D. Freeman, Plantation, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., DAMOORGIAN and KUNTZ, JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely filed motion for rehearing.***